# JUNG & ASSOCIATES
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
470 PARK AVENUE SOUTH, SUITE 7 NORTH
NEW YORK, N.Y. 10016

HENRY H. JUNG

EDWARD S. FELDMAN
JOHN J. CONNOLY
OF COUNSEL

TEL: (212) 481-0800
FAX: (212) 481-0820
HJUNG@CRYSTALLAW.COM

December 10, 2019

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 12/11/2019

The post-discovery conference is adjourned to January 9, 2020, at 10 a.m.

<u>*Via ECF*</u>

Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: <u>**SILBIA DOLORES MUY GOMEZ v. NEW PRECIOUS NAIL INC. (19-cv-02659)**</u>

Dear Hon. Vernon S. Broderick,

This firm represents Defendants in the above-referenced case. Due to Defendants' counsels' scheduling conflict and continuing settlement negotiations, I would like to request an adjournment of a post-discovery conference currently scheduled for December 13, 2019 to the afternoon of January 6, 2020, the morning of January 8, 2020, or another date of the court's convenience.

Defendants' counsels have to attend a meeting with the U.S. Department of Labor, Long Island District at 10AM, December 13, 2019. In addition, the parties are currently engaged in good faith settlement negotiations and wish to resolve this matter swiftly and amicably. However, the parties need more time to finalize the settlement discussion.

We requested an adjournment of the initial conference on July 9, 2019 and the Court granted our adjournment request.

We would like to inform the Court that Plaintiff's counsel, Mr. Joshua Androphy has consented to our adjournment request.

Thank you.

Sincerely,

/s/Byoung-Chul Yoo
Byoung-Chul Yoo, Esq.