# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 17, 2020

**BY ECF**  
Hon. Vernon S. Broderick  
United States District Judge  
United States District Court  
40 Foley Square  
New York, NY 10007

APPLICATION GRANTED  
SO ORDERED /s/ Vernon Broderick  
VERNON S. BRODERICK  
U.S.D.J.  1/22/2020

Re:   1:19-cv-2659 (VSB) Muy Gomez et al v. New Precious Nail Inc

Dear Judge Broderick:

      We represent Plaintiff Silbia Dolores Muy Gomez in the above referenced matter. We write jointly with Defendants to request an extension of time to submit the settlement agreement or a status report, from January 22, 2020 to February 21, 2020.

      The reason for the request is that after the parties had agreed to certain terms, Defendants indicated that they required a material change to the agreement. Defendants also represented that they were leaving, and have since left, the country. As such the parties are now attempting to renegotiate an agreement. Additionally, I will be out of the office on vacation the week of January 20. Accordingly we respectfully request that the Court extend the deadline for submission of a settlement agreement, or a status report, to February 21, 2020. This is the first request for an extension of the deadline.

      We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Joshua S. Androphy*  
Joshua S. Androphy

cc:  Henry Jung, Esq.  
*Attorneys for Defendants* (by ECF)