# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

July 3, 2020

**BY ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/6/2020
```

Re:   <u>1:19-cv-2659 (MKV) Muy Gomez et al v. New Precious Nail Inc</u>

Dear Judge Vyskocil:

    We represent Plaintiff Silbia Dolores Muy Gomez in the above referenced matter. We write to request jointly with Defendants that the action be referred to the assigned magistrate judge for a settlement conference, and to request a *nunc pro tunc* extension of time to file the joint pretrial order.

    The parties jointly apologize for our failure to file the joint pretrial order on the April 13, 2020 deadline. This was an embarrassing failure by counsel to properly calendar the deadline. I am personally ashamed by missing this deadline and not requesting a timely extension.

    The parties have continued to engage in settlement discussions and believe that a settlement conference would be likely be helpful if the parties do not first resolve the matter on their own. At Defendants' request we would ask that the settlement conference take place no earlier than August.

    The parties also jointly request that, in order to conserve party resources, the joint pretrial order be due 45 days after the completion of the settlement conference.

    We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Joshua S. Androphy*

July 3, 2020
Page 2

Joshua S. Androphy

cc:  Henry Jung, Esq.
*Attorneys for Defendants* (by ECF)

> GRANTED.  The Court will enter a seperate order referring this case to the designated Magistrate Judge for a settlement conference.  No later than 45 days after the conference, the parties must submit either (i) a proposed Case Management Plan, or (ii) settlement documents for fairness review under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  SO ORDERED.
>
> Date:  7/6/2020
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge