UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUY GOMEZ et al., :
: ORDER
Plaintiff,
: 19 Civ. 2659 (MKV) (GWG)
-v.-
:
NEW PRECIOUS NAIL INC., et al.,
:
Defendant. :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

In light of the letter filed today (Docket # 36), the settlement conference scheduled for August 3, 2020, is adjourned sine die.

SO ORDERED.

Dated: July 27, 2020
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge